United States District Court
Southern District of Texas
**ENTERED**
June 25, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERRY ROUNDS, <br> (SPN #00605204) <br> <br> Plaintiff, <br> <br> v. <br> <br> HARRIS COUNTY CONSTABLES <br> PRECINCT 4, <br> <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-18-1710 |

**MEMORANDUM AND ORDER**

Ferry Rounds, a pretrial detainee at the Harris County Jail, filed a complaint under 42 U.S.C. § 1983, alleging violations of his civil rights in connection with his arrest in August 2017. He is representing himself.

On May 25, 2018, the court denied Rounds's motion for leave to proceed without prepaying the $350.00 filing fee for indigent litigants because he failed to include a certified copy of his inmate trust fund account statement. (Docket Entry No. 4). That order has been returned, informing the court that Rounds is no longer in the custody of the Harris County Jail. (Docket Entry No. 7). Rounds has not provided the court with a change of address, as required by Rule 83.4 of the Local Rules for the Southern District of Texas, Houston Division. Under that rule, a self-represented litigant is responsible for keeping the Clerk advised in writing of his current address. Rounds has failed to provide the court with an accurate, current address.

Rounds's failure supports dismissal for want of prosecution. *See* FED. R. CIV. P. 41(b); *see also Slack v. McDaniel*, 529 U.S. 473, 489 (2000) ("[t]he failure to comply with an order of the court

is grounds for dismissal with prejudice"); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (a district court may, on its own motion, dismiss an action for failure to prosecute or to comply with any court order). Rounds may seek relief from this order if he properly shows grounds, which at a minimum includes full compliance with the court's previous orders. *See* FED. R. CIV. P. 60(b).

This action is dismissed without prejudice for want of prosecution.

SIGNED on June 25, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge