IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERRY ROUNDS, (SPN #00605204) | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-1710 |
| HARRIS COUNTY CONSTABLES PRECINCT 4, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

For the reasons set forth in the court's memorandum and opinion of even date, this civil action is dismissed without prejudice for want of prosecution.

SIGNED on June 25, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge